IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

OSCAR GARNER,

    Plaintiff,

v.

OFFICER KIRBY,

    Defendant.

JUDGMENT IN A CIVIL CASE

14-cv-545-jdp

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Officer Kirby granting his motion for summary judgment and dismissing this case.

| /s/ | 2/9/2017 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |