IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

Oscar Garner,
    Plaintiff

V.                                          Case No. 14-cv-545

Officer Kirby,
    Defendant.

---

NOTICE OF APPEAL TO THE 7th CIRCUIT COURT OF APPEALS
FROM A JUDGMENT OF ORDER OF THE WESTERN DISTRICT COURT.

---

    Now Comes, the plaintiff, Oscar Garner, proceeding herein, pro-se, pursuant to appeal the judgment of the Western District Court of Wisconsin, against the above named Defendant.

    Notice is given to the above Defendant that Plaintiff in the above case is hereby appealing the judgment of the Western District Court of Wisconsin to the 7th Circuit Court from the final Judgment that was entered on February 10, 2017.

                            Respectfully Submitted,

            Dated this 22th day of May, 2017.

                        _____
                        Oscar Garner #441303
                        (WSPF) P.O. Box 9900
                        Boscobel, Wis. 53805

1